## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-12-301-HE |
| (1) WITTWER CONSTRUCTION CO., INC., an Oklahoma Corporation; (2) WINDERMERE INVESTMENTS, LLC, an Oklahoma limited liability company; (3) DMR AVIATION, LLC, an Oklahoma limited liability company; (4) GRIFFIN LEASING, LLC, an Oklahoma limited liability company; (5) D.R. WITTWER, L.P.; (6) DANIEL R. WITTWER, individually; (7) TRACY LYNN WITTWER, individually; and (8) THE DAN AND TRACY WITTWER FAMILY TRUST, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### RELEASE AND SATISFACTION OF JUDGMENT

In full satisfaction of the Agreed Journal Entry of Judgment [Doc. 60] rendered in said cause in favor of Plaintiff and against the Defendants herein, the undersigned does hereby release, acquit and forever discharge said Defendant of and from all liability to and demand of the undersigned.

Dated this 25th day of September, 2020.

s/ Evan B. Gatewood
Evan B. Gatewood, OBA #13412
HAYES MAGRINI & GATEWOOD
1220 N. Walker (73103) / Post Office Box 60140
Oklahoma City, Oklahoma 73146-0140
Telephone:    405/235-9922
Facsimile:    405/235-6611
E-Mail:        egatewood@hmglawyers.com
Attorneys for plaintiff, Zurich American
Insurance Company

## CERTIFICATE OF SERVICE

This is to certify that on September 25, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

E-Mail:        sthomas@houston-osborn.com
Scott K. Thomas, OBA #21842

Attorneys for defendants, Wittwer Construction Co., Inc.;
Windemere Investments, LLC; DMR Aviation, LLC;
Griffin Leasing, LLC; D.R. Wittwer, LP; Daniel R. Wittwer;
Tracy Lynn Wittwer; The Dan and Tracy Wittwer Family Trust

s/ Evan B. Gatewood